FILED

02/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0555

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 23-0555

JAYSON O'NEILL,

Plaintiff and Appellee,

v.

GREG GIANFORTE, in his official capacity as GOVERNOR OF MONTANA,

Defendant and Appellant.

## ORDER GRANTING APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Pursuant to Mont R. App. P. 26(1), Appellee's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED. Appellee's response brief is currently due February 12, 2024. Appellee shall have an extension up to and including March 12, 2024, to file and serve their response brief. Appellant's counsel has been contacted and does not oppose this motion.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 5 2024